### T. M. CARDWELL *v.* HELEN KEMPLE.

[Abstract Kentucky Law Reporter, Vol. 2—320.]

**Mere Claim of Bondsmen Not Provable in Bankruptcy.**

A mere liability on a bond of a cashier does not make his claim provable in bankruptcy.

APPEAL FROM MERCER COURT OF COMMON PLEAS.

March 15, 1881.

OPINION BY JUDGE PRYOR:

After a careful examination of the record we find nothing in it evidencing the second discharge of the appellant in bankruptcy. It is discussed in the briefs of counsel on each side, and is maintained by the appellee, that the last discharge was from debts existing on

the 26th of August, 1878; if so, there had at that time been no claim provable against the bankrupt's estate, and if the claim originated after that period the appellant is liable. This, however, is mere matter of speculation, as the evidence or exhibits of the discharge referred to are filed as part of appellant's supplemental answer, and show a discharge in the year 1872. This court decided at the last term of this court that a mere liability on a bond of a cashier did not make the claim provable in bankruptcy, and if so, the discharge in 1872 did not affect the liability of the appellant to the appellee. The judgment is not for too much. It is for the amount only that was paid for the appellee.

Judgement *affirmed.*

*T. C. Bell, P. B. Thompson, Jr., for appellant.*

*Kyle & Poston, for appellee.*